UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINA BRADFORD and SHANNON
HANSEN,                                                         Case No. 12-cv-13718

       Plaintiffs,                                            HONORABLE STEPHEN J. MURPHY, III

v.

CHILD PROTECTIVE SERVICES OF
MICHIGAN GENESEE COUNTY, et al.,

       Defendants.
                                      /

**ORDER ADOPTING REPORT AND RECOMMENDATION (docket no. 13)**
**AND GRANTING GENESEE COUNTY CPS'S MOTION TO DISMISS (docket no. 9)**

      Plaintiffs Regina Bradford and Shannon Hansen filed their pro se civil rights complaint against Child Protective Services of Genesee County ("CPS"), CPS employees Janey Lamar and Katie Wiliby, and Flint police officers Terrance Walker and Mike West. Plaintiffs allege that the Defendants violated their Fourth Amendment and Fourteenth Amendment rights while investigating allegations of child abuse. Genesee County CPS filed a motion to dismiss on December 14, 2012, arguing that as an arm of the State of Michigan, it is immune from suit under the Eleventh Amendment. The matter was referred to a magistrate judge who issued a report and recommendation ("Report") on June 25, 2013, suggesting that the Court grant CPS's motion to dismiss.

      De novo review of a magistrate judge's findings is only required when a party has properly objected to the proposed findings and recommendations. Fed. R. Civ. P. 72(b)(3). A copy of the report and recommendation was served upon the Plaintiffs at their address

of record, but they have failed to file any objection within the time provided. De novo review of the magistrate judge's findings is, therefore, not required.

The Court has reviewed the file and the report and recommendation, and finds that the magistrate judge's analysis is proper. Accordingly, it will adopt the report's findings and conclusions, and will grant CPS's motion to dismiss.

**WHEREFORE,** it is hereby **ORDERED** that magistrate judge's report and recommendation (docket no. 13) is **ADOPTED** and CPS's motion to dismiss (docket no. 9) is **GRANTED.**

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 13, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 13, 2013, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager